Roger DUFOUR

v.

William S. SILSBY, Jr. and Norene E. Silsby and Federal Trust Company

v.

The SHERIDAN CORPORATION.

Supreme Judicial Court of Maine.

March 3, 1980.

Jolovitz & Niehoff, Lester T. Jolovitz, Waterville, for plaintiff.

Silsby & Silsby, Raymond L. Williams, Ellsworth, Weeks, Hutchins, Frye & Welch, Roger Welch, Waterville; for defendants.

Before McKUSICK, C. J., and WERNICK, NICHOLS, GODFREY and GLASSMAN, JJ.

*On Motion for Rehearing and Reconsideration*

PER CURIAM.

The motion for rehearing and reconsideration must be dismissed. *Tyson v. Whitaker & Son, Inc.*, Me., 411 A.2d 389 (1980); *Ginn v. Penobscot Co.*, Me., 342 A.2d 270, 275 (1975). We have reviewed the instant case to determine whether it falls within any of the limited exceptions recognized in those cases, and have concluded that it does not. Moreover, there is no occasion for any clarification of this Court's opinion in support of its mandate.

Motion dismissed.